UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LISA BRABOY, | ) | |
| Plaintiff(s), | ) | No. C09-4534 PJH (BZ) |
| v. | ) | **SECOND DISCOVERY ORDER** |
| STAPLES, INC., | ) | |
| Defendant(s). | ) | |

Within ten calendar days of the pleadings being settled, as that term is defined in paragraph 2 of Judge Hamilton's Civil Minutes dated January 14, 2010, the parties shall meet and confer and file the discovery plan ordered in paragraph 3. The Court will then schedule a discovery conference.

Dated: January 20, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BRABODY V. STAPLES\DISC 2.ORD.wpd

1