UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BRABOY,              )<br>                           )<br>        Plaintiff(s), )<br>                           )<br>    v.                     )<br>                           )<br> STAPLES, INC.,            )<br>                           )<br>        Defendant(s).      )<br>_____) | No. C09-4534 PJH (BZ)<br><br>**ORDER SCHEDULING<br>DISCOVERY CONFERENCE** |

**IT IS HEREBY ORDERED** that an Initial Discovery Conference is scheduled for **Thursday, June 10, 2010 at 1:30 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: June 4, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BRABOY V. STAPLES\DISC 3.ORD.wpd

1