UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BRABOY, | )<br>) |
| Plaintiff(s), | )   No. C09-4534 PJH (BZ)<br>) |
| v. | )<br>)   **ORDER RE-SCHEDULING** |
| STAPLES, INC., | )   **DISCOVERY CONFERENCE**<br>) |
| Defendant(s). | ) |

**IT IS HEREBY ORDERED** that the Initial Discovery Conference presently scheduled for Thusday, June 10, 2010 at 1:30 p.m., is **rescheduled** to **Thursday, June 17, 2010 at 9:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: June 7, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BRABOY V. STAPLES\DISC 4.ORD.wpd

1