1  ROD M. FLIEGEL, Bar No. 168289
   E-mail: rfliegel@littler.com
2  ANGELA J. RAFOTH, Bar No. 241966
   E-mail: arafoth@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
5  Telephone:    415.433.1940
   Fax No.:      415.399.8490
6
7  ELIZABETH STAGGS WILSON, Bar No. 183160
   E-mail: estaggs-wilson@littler.com
   RYAN P. ESKIN, Bar No. 205413
8  E-mail: reskin@littler.com
   LITTLER MENDELSON
9  A Professional Corporation
   2049 Century Park East, 5th Floor
10 Los Angeles, CA  90067.3107
   Telephone:    310.553.0308
11 Fax No.:      310.553.5583

12 Attorneys for Defendants
   STAPLES, INC. and STAPLES CONTRACT AND
13 COMMERCIAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BRABOY, as an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>STAPLES, INC., a corporation, and STAPLES CONTRACT & COMMERCIAL, INC., a corporation,<br><br>    Defendants. | Case No. C09-04534-PJH<br><br>ASSIGNED FOR ALL PURPOSES TO THE HON. PHYLLIS J. HAMILTON<br><br>**MOTION BY COUNSEL FOR DEFENDANTS TO APPEAR AND PARTICIPATE TELEPHONICALLY AT INITIAL DISCOVERY CONFERENCE**<br><br>Judge:       Hon. Bernard Zimmerman<br>Date:        June 17, 2010<br>Time:        9:00 a.m.<br>Courtroom:   G, 15th Floor<br><br>Action Filed:     November 25, 2008<br><br>Action Removed:   September 29, 2009 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

MOTION TO APPEAR TELEPHONICALLY
AT INITIAL DISCOVERY CONFERENCE

Case No. C09-04534-PJH

TO:   THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

By and through this Motion, Elizabeth Staggs Wilson, Esq. of Littler Mendelson, P.C., Los Angeles-based counsel for Defendants Staples, Inc. and Staples Contract and Commercial, Inc., herewith requests this Court to permit her to appear and participate telephonically at the Initial Discovery Conference set for Thursday, June 17, 2010, at 9:00 a.m. in Courtroom G, 15th Floor before the Honorable Bernard Zimmerman, United States Magistrate Judge presiding.

If this Motion is granted, Attorney Staggs Wilson will call the Court from her office in Los Angeles, California, on the day and at the time of this court hearing, or follow such other directions as the court may provide.  It is represented that Attorney Staggs Wilson can meaningfully participate in all aspects of the Initial Discovery Conference through telephonic participation, including, as may be necessary, the scheduling of various matters pending before the court, and any such other matters that may properly be brought before, or raised by, the Court.

This Motion is being made to avoid the various expenses and travel time that would be incurred if co-lead trial counsel for Defendants had to travel to San Francisco from Los Angeles to personally appear at this hearing.  This Motion is being submitted in accordance with the Court's standing orders and such other rules and procedures that may be applicable to this request.   This Motion is being submitted at least five (5) days before the conference.

Dated: June 10, 2010



/s/
RYAN P. ESKIN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
STAPLES, INC. and STAPLES CONTRACT AND COMMERCIAL INC.

Firmwide:95826683.1 026063.1017

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

MOTION TO APPEAR TELEPHONICALLY
AT INITIAL DISCOVERY CONFERENCE            1.

Case No. C09-04534-PJH