1  PETER M. HART (STATE BAR NO. 198691)
   hartpeter@msn.com
2  KIMBERLY WESTMORELAND (SBN 237919)
   kwestmoreland.loph@gmail.com
3  LAW OFFICES OF PETER M. HART
   13952 Bora Bora Way, F-320
4  Marina Del Rey, California 90292
   Telephone: (310) 478-5789
5  Facsimile: (509) 561-6441

6  ERIC HONIG (STATE BAR NO. 140765)
   erichonig@aol.com
7  LAW OFFICE OF ERIC HONIG
   P.O. Box 10327
8  Marina Del Rey, California 90295
   Telephone: (310)314-2603
9  Facsimile: (310)314-2793

10 Attorneys for Plaintiff Lisa Braboy
   *Additional counsel listed on the next page

11

12                **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

14 LISA BRABOY, as an individual and on behalf      Case No. C09-4534 PJH (BZ)
   of all others similarly situated,

15          Plaintiff,                              **JOINT STIPULATION RE: ~~PROPOSED~~**
                                                    **BRIEFING SCHEDULE FOR MOTION TO**
16          v.                                      **RESOLVE "EMPLOYER" ISSUE**

17 STAPLES, INC., a corporation, and DOES 1
   through 50, inclusive,

18          Defendants.                             Action Filed:  November 25, 2008
                                                    Action Removed:  August 29, 2009
19

20

21

22

23

24

25

26

27

28
                                          1
   JOINT STIPULATION RE: PROPOSED BRIEFING SCHEDULE FOR MOTION TO RESOLVE "EMPLOYER" ISSUE
                                (C09-4534 PJH (BZ))

1 | KENNETH H. YOON (STATE BAR NO. 198443)
kyoon@yoon-law.com
2 | LINDA WHITEHEAD (STATE BAR NO. 222799)
lwhitehead@yoon-law.com
3 | LAW OFFICES OF KENNETH H. YOON
One Wilshire Boulevard, Suite 2200
4 | Los Angeles, California 90017
Telephone: (213)612-0988
5 | Facsimile: (213)947-1211

6 | LARRY W. LEE (STATE BAR NO. 228175)
lwlee@diversity-law.com
7 | DIVERSITY LAW GROUP, A Professional Corporation
444 S. Flower Street, Suite 1370
8 | Los Angeles, California 90071
Telephone: (213) 488-6555
9 | Facsimile: (213) 488-6554

10 | *Additional Attorneys for Plaintiff Lisa Braboy

11 |

12 | ROD M. FLIEGEL, Bar No. 168289
E-mail: rfliegel@littler.com
13 | ANGELA J. RAFOTH, Bar No. 241966
E-mail: arafoth@littler.com
14 | LITTLER MENDELSON
A Professional Corporation
15 | 650 California Street, 20th Floor
San Francisco, CA  94108.2693
16 | Telephone:     415.433.1940
Fax No.:        415.399.8490

17 | ELIZABETH STAGGS WILSON, Bar No. 183160
E-mail: estaggs-wilson@littler.com
18 | RYAN P. ESKIN, Bar No. 205413
E-mail: reskin@littler.com
19 | LITTLER MENDELSON
A Professional Corporation
20 | 2049 Century Park East
5th Floor
21 | Los Angeles, CA  90067.3107
Telephone:     310.553.0308
22 | Facsimile:     310.553.5583

23 | Attorneys for Defendants
STAPLES, INC. and STAPLES CONTRACT AND COMMERCIAL, INC.

24 |

25 |

26 |

27 |

28 |

2

JOINT STIPULATION RE: PROPOSED BRIEFING SCHEDULE FOR MOTION TO RESOLVE "EMPLOYER" ISSUE
(C09-4534 PJH (BZ))

1    In accordance with the Court's July 15, 2010 Order Re Joint Case Management Report,

2    the parties hereby submit their stipulated proposed briefing schedule in connection with a motion to

3    resolve the issue of who, in fact, was Plaintiff Lisa Braboy's employer.

4    WHEREAS, the parties jointly suggested October 29, 2010 as the deadline for the

5    parties to file a motion(s) for summary adjudication by Plaintiff or Defendants on the Staples, Inc.

6    employer threshold issue and the parties, hereby, jointly stipulate to this date for Plaintiff or Defendant

7    to file a motion(s) for summary adjudication on the Staples, Inc. employer threshold issue;

8    The parties further stipulate to November 22, 2010 as the date for oppositions to the

9    motion(s) for summary adjudication to be filed by;

10    The parties further stipulate to November 29, 2010 as the date for any reply memoranda

11    to the motion(s) for summary adjudication to be filed by;

12    The parties stipulate to allow the Court to set the date for the hearing on the motion(s)

13    for summary adjudication on a date convenient to the Court.

14

15    DATED:  July 30, 2010                    LAW OFFICES OF PETER M. HART

16

17    By: _____/s/_____

Peter M. Hart
Attorney for Plaintiff, LISA BRABOY

18

19    DATED:  July 30, 2010                    LITTLER MENDELSON, A Professional Corporation

20    By: _____/s/_____

Rod M. Fliegel
Ryan P. Eskin

21

22    Attorneys   for   Defendants,   STAPLES,   INC.   and
STAPLES CONTRACT AND COMMERCIAL, INC.

23

24    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25

26    October 29, 2010 is the deadline for the filing of motion(s) by Plaintiff or Defendants

27    for summary adjudication on the Staples, Inc. employer threshold issue;

28

1               November 22, 2010 is the date for opposition(s) to the motion(s) for summary

2    adjudication to be filed by;

3               November 29, 2010 is the date for any reply memoranda to the motion(s) for summary

4    adjudication to be filed by;

5               The date for the hearing on the motion(s) for summary adjudication on the issue of

6    Staples, Inc. employer threshold issue is __December 15, 2010_____.

7

8    DATED: ___8/4/10_____

9                                           THE HON. PHYLLIS J. HAMILTON
     United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

4

JOINT STIPULATION RE: PROPOSED BRIEFING SCHEDULE FOR MOTION TO RESOLVE "EMPLOYER" ISSUE
(C09-4534 PJH (BZ))