PETER M. HART (STATE BAR NO. 198691)
hartpeter@msn.com
KIMBERLY WESTMORELAND (SBN 237919)
kwestmoreland.loph@gmail.com
LAW OFFICES OF PETER M. HART
13952 Bora Bora Way, F-320
Marina Del Rey, California 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

ERIC HONIG (STATE BAR NO. 140765)
erichonig@aol.com
LAW OFFICE OF ERIC HONIG
P.O. Box 10327
Marina Del Rey, California 90295
Telephone: (310)314-2603
Facsimile: (310)314-2793

Attorneys for Plaintiff Lisa Braboy
*Additional counsel listed on the next page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA BRABOY, as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STAPLES, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. C09-4534 PJH (BZ)<br><br>**JOINT STIPULATION RE: CONTINUING HEARING DATE FOR MOTION FOR SUMMARY ADJUDICATION ON THE STAPLES, INC. EMPLOYER THRESHOLD ISSUE** AND ORDER<br><br>Action Filed:　November 25, 2008<br>Action Removed:　August 29, 2009 |

KENNETH H. YOON (STATE BAR NO. 198443)
kyoon@yoon-law.com
LINDA WHITEHEAD (STATE BAR NO. 222799)
lwhitehead@yoon-law.com
LAW OFFICES OF KENNETH H. YOON
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Telephone: (213)612-0988
Facsimile: (213)947-1211

LARRY W. LEE (STATE BAR NO. 228175)
lwlee@diversity-law.com
DIVERSITY LAW GROUP, A Professional Corporation
444 S. Flower Street, Suite 1370
Los Angeles, California 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554

*Additional Attorneys for Plaintiff Lisa Braboy

ROD M. FLIEGEL, Bar No. 168289
E-mail: rfliegel@littler.com
ANGELA J. RAFOTH, Bar No. 241966
E-mail: arafoth@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Fax No.:       415.399.8490

ELIZABETH STAGGS WILSON, Bar No. 183160
E-mail: estaggs-wilson@littler.com
RYAN P. ESKIN, Bar No. 205413
E-mail: reskin@littler.com
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:    310.553.0308
Facsimile:     310.553.5583

Attorneys for Defendants
STAPLES, INC. and STAPLES CONTRACT AND COMMERCIAL, INC.

Plaintiff LISA BRABOY ("Plaintiff") and Defendants STAPLES CONTRACT AND COMMERCIAL, INC. AND STAPLES, INC. (collectively, "Defendants") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on August 4, 2010, the Court entered an order on a Stipulation setting forth the hearing date and briefing schedule for the Motion for Summary Adjudication on the Staples, Inc. Employer Threshold Issue ("Motion").  The following dates were set:  (1) October 29, 2010, deadline for Parties to file moving papers; (2) November 22, 2010, deadline to file Opposition; (3) November 29, 2010, deadline to file Reply papers; and (4) December 15, 2010, hearing on Motion;

WHEREAS, the Parties have meet and conferred and in good faith have jointly agreed to a six week continuance on the hearing date for the Motion and corresponding dates based in part on scheduling conflicts and corresponding delays completing depositions;

WHEREAS, subject to the Court's approval of this Stipulation and the Court's availability, the Parties stipulate to January 26, 2011, as a hearing date for the Motion;

WHEREAS, the Parties agree that the deadline to file the Motion will be November 19, 2010;

WHEREAS, the Parties agree that the Opposition shall be filed by January 5, 2011; and

WHEREAS, the Parties agree that the Reply shall be filed by January 12, 2011.

DATED:  September 24, 2010         LAW OFFICES OF PETER M. HART

                                   By:    /s/ PETER M. HART
                                          Peter M. Hart
                                   Attorney for Plaintiff, LISA BRABOY

DATED:  September 24, 2010         LITTLER MENDELSON, A Professional Corporation

                                   By:         /s/ RYAN P. ESKIN
                                          Rod M. Fliegel
                                          Ryan P. Eskin
                                   Attorneys for Defendants, STAPLES, INC. and
                                   STAPLES CONTRACT AND COMMERCIAL, INC.

3
JOINT STIPULATION RE: CONTINUING HEARING DATE FOR MOTION FOR SUMMARY ADJUDICATION ON
THE STAPLES, INC. EMPLOYER THRESHOLD ISSUE
CASE NO. C09-4534 PJH (BZ)

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____   _____

THE HON. PHYLLIS J. HAMILTON
United States District Judge

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA BRABOY, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STAPLES, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C09-4534 PJH (BZ)<br><br>**[PROPOSED] ORDER CONTINUING HEARING DATE FOR MOTION FOR SUMMARY ADJUDICATION ON THE STAPLES, INC. EMPLOYER THRESHOLD ISSUE**<br><br>Action Filed:   November 25, 2008<br>Action Removed:  August 29, 2009 |

**ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED that the briefing schedule for the Motion for Summary Adjudication on the Staples, Inc. Employer Threshold Issue ("Motion") shall be amended as follows:

| Event | Old Date | New Date |
|---|---|---|
| Deadline for Parties to file moving papers | October 29, 2010 | November 19, 2010 |
| Deadline to file opposition papers | November 22, 2010 | January 5, 2011 |
| Deadline to file reply papers | November 29, 2010 | January 12, 2011 |
| Hearing date | December 15, 2010 | January 26, 2011 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED:  September 30 , 2010



HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE