PETER M. HART (STATE BAR NO. 198691)
hartpeter@msn.com
KIMBERLY WESTMORELAND (SBN 237919)
kwestmoreland.loph@gmail.com
LAW OFFICES OF PETER M. HART
13952 Bora Bora Way, F-320
Marina Del Rey, California 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

ERIC HONIG (STATE BAR NO. 140765)
erichonig@aol.com
LAW OFFICE OF ERIC HONIG
P.O. Box 10327
Marina Del Rey, California 90295
Telephone: (310)314-2603
Facsimile: (310)314-2793

Attorneys for Plaintiff Lisa Braboy
*Additional counsel listed on the next page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA BRABOY, as an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STAPLES, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. C09-4534 PJH (BZ)<br><br>**JOINT STIPULATION RE: CONTINUING HEARING DATE FOR MOTION FOR SUMMARY ADJUDICATION ON THE STAPLES, INC. EMPLOYER THRESHOLD ISSUE; [PROPOSED] ORDER**<br><br>Action Filed:   November 25, 2008<br>Action Removed:   August 29, 2009 |

| | |
|---|---|
| 1 | KENNETH H. YOON (STATE BAR NO. 198443) |
| | kyoon@yoon-law.com |
| 2 | LINDA WHITEHEAD (STATE BAR NO. 222799) |
| | lwhitehead@yoon-law.com |
| 3 | LAW OFFICES OF KENNETH H. YOON |
| | One Wilshire Boulevard, Suite 2200 |
| 4 | Los Angeles, California 90017 |
| | Telephone: (213)612-0988 |
| 5 | Facsimile: (213)947-1211 |
| 6 | LARRY W. LEE (STATE BAR NO. 228175) |
| | lwlee@diversity-law.com |
| 7 | DIVERSITY LAW GROUP, A Professional Corporation |
| | 444 S. Flower Street, Suite 1370 |
| 8 | Los Angeles, California 90071 |
| | Telephone: (213) 488-6555 |
| 9 | Facsimile: (213) 488-6554 |
| 10 | *Additional Attorneys for Plaintiff Lisa Braboy |
| 11 | |
| 12 | ROD M. FLIEGEL, Bar No. 168289 |
| | E-mail: rfliegel@littler.com |
| 13 | ANGELA J. RAFOTH, Bar No. 241966 |
| | E-mail: arafoth@littler.com |
| 14 | LITTLER MENDELSON |
| | A Professional Corporation |
| 15 | 650 California Street, 20th Floor |
| | San Francisco, CA  94108.2693 |
| | Telephone:    415.433.1940 |
| 16 | Fax No.:         415.399.8490 |
| 17 | ELIZABETH STAGGS WILSON, Bar No. 183160 |
| | E-mail: estaggs-wilson@littler.com |
| 18 | RYAN P. ESKIN, Bar No. 205413 |
| | E-mail: reskin@littler.com |
| 19 | LITTLER MENDELSON |
| | A Professional Corporation |
| 20 | 2049 Century Park East |
| | 5th Floor |
| 21 | Los Angeles, CA  90067.3107 |
| | Telephone:    310.553.0308 |
| 22 | Facsimile:     310.553.5583 |
| 23 | Attorneys for Defendants |
| | STAPLES, INC. and STAPLES CONTRACT AND COMMERCIAL, INC. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Plaintiff LISA BRABOY ("Plaintiff") and Defendants STAPLES CONTRACT AND COMMERCIAL, INC. AND STAPLES, INC. (collectively, "Defendants") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on September 30, 2010, the Court entered an order on a Stipulation setting forth the hearing date and briefing schedule for the Motion for Summary Adjudication on the Staples, Inc. Employer Threshold Issue ("Motion"). The following dates were set: (1) November 19, 2010, deadline for Parties to file moving papers; (2) January 5, 2011, deadline to file Opposition papers; (3) January 12, 2011, deadline to file Reply papers; and (4) January 26, 2011, hearing on Motion;

WHEREAS, the Parties have met and conferred and in good faith have jointly agreed to a short, one-week continuance on the hearing date for the Motion and corresponding briefing schedule due to Defense counsel's unavoidable scheduling conflict;

WHEREAS, subject to the Court's approval of this Stipulation and the Court's availability, the hearing date for the Motion shall be continued from January 26, 2011 to February 2, 2011;

WHEREAS, the Parties agree that opposition papers shall be filed by January 12, 2011; and

WHEREAS, the Parties agree that reply papers shall be filed by January 19, 2011.

DATED: December 30, 2010          LAW OFFICES OF PETER M. HART

                                  By:   /s/ PETER M. HART
                                         Peter M. Hart
                                  Attorney for Plaintiff, LISA BRABOY

DATED: December 30, 2010          LITTLER MENDELSON, A Professional Corporation

                                  By:   /s/ RYAN P. ESKIN
                                         Rod M. Fliegel
                                         Ryan P. Eskin
                                  Attorneys for Defendants, STAPLES, INC. and STAPLES CONTRACT AND COMMERCIAL, INC.

3
JOINT STIPULATION RE: CONTINUING HEARING DATE FOR MOTION FOR SUMMARY ADJUDICATION ON THE STAPLES, INC. EMPLOYER THRESHOLD ISSUE
CASE NO. C09-4534 PJH (BZ)

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the briefing schedule for the parties' cross-motions for Summary Adjudication on the Staples, Inc. Employer Threshold Issue shall be amended as follows:

| Event | Old Date | New Date |
| --- | --- | --- |
| Deadline to file opposition papers | January 5, 2011 | January 12, 2011 |
| Deadline to file reply papers | January 12, 2011 | January 19, 2011 |
| Hearing date | January 26, 2011 | February 2, 2011 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: 1/10/11

THE HON. PHYLLIS J. HAMILTON
United States District Judge



Firmwide:99376774.4 026063.1017