PETER M. HART (STATE BAR NO. 198691)
hartpeter@msn.com
KIMBERLY WESTMORELAND (SBN 237919)
kwestmoreland.loph@gmail.com
LAW OFFICES OF PETER M. HART
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

ERIC HONIG (STATE BAR NO. 140765)
erichonig@aol.com
LAW OFFICE OF ERIC HONIG
P.O. Box 10327
Marina Del Rey, California 90295
Telephone: (310)314-2603
Facsimile: (310)314-2793

Attorneys for Plaintiff Lisa Braboy
*Additional counsel listed on the next page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA BRABOY, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STAPLES, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C09-04534-PJH (BZ)<br><br>Assigned For All Purposes To The Hon. Phyllis J. Hamilton (Courtroom 3)<br><br>**JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:   April 28, 2011<br>Time:   2:00 p.m.<br>Court:  3, 3rd Floor<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed:   November 25, 2008<br>Action Removed: August 29, 2009 |

1  KENNETH H. YOON (STATE BAR NO. 198443)
   kyoon@yoon-law.com
2  LINDA WHITEHEAD (STATE BAR NO. 222799)
   lwhitehead@yoon-law.com
3  LAW OFFICES OF KENNETH H. YOON
   One Wilshire Boulevard, Suite 2200
4  Los Angeles, California 90017
   Telephone: (213)612-0988
5  Facsimile: (213)947-1211

6  LARRY W. LEE (STATE BAR NO. 228175)
   lwlee@diversity-law.com
7  DIVERSITY LAW GROUP, A Professional Corporation
   444 S. Flower Street, Suite 1370
8  Los Angeles, California 90071
   Telephone: (213) 488-6555
9  Facsimile: (213) 488-6554

10 *Additional Attorneys for Plaintiff Lisa Braboy

11
   ROD M. FLIEGEL, Bar No. 168289
12 E-mail: rfliegel@littler.com
   ANGELA J. RAFOTH, Bar No. 241966
13 E-mail: arafoth@littler.com
   LITTLER MENDELSON
14 A Professional Corporation
   650 California Street, 20th Floor
15 San Francisco, CA  94108.2693
   Telephone:     415.433.1940
16 Fax No.:       415.399.8490

17 ELIZABETH STAGGS WILSON, Bar No. 183160
   E-mail: estaggs-wilson@littler.com
18 RYAN P. ESKIN, Bar No. 205413
   E-mail: reskin@littler.com
19 LITTLER MENDELSON
   A Professional Corporation
20 2049 Century Park East
   5th Floor
21 Los Angeles, CA  90067.3107
   Telephone:     310.553.0308
22 Facsimile:     310.553.5583

23 Attorneys for Defendant
   STAPLES CONTRACT AND COMMERCIAL, INC.
24

25

26

27

28

2
JOINT STIPULATION RE: CONTINUING CASE MANAGEMENT CONFERENCE  (CASE NO. C09-4534 PJH (BZ))

1  Pursuant to Civil Local Rules 7-12 and 16-2, it is hereby stipulated, by and between
2  LISA BRABOY ("Plaintiff") and STAPLES CONTRACT AND COMMERCIAL, INC.
3  ("Defendant") (collectively the "Parties"), through their respective undersigned counsel, as follows:
4  WHEREAS, a Case Management Conference in the above-captioned case is currently
5  scheduled for April 28, 2011;
6  WHEREAS, due to recent and unexpected press of business, both Parties agree to a
7  continuance of the Case Management Conference;
8  WHEREAS, the Parties have met and conferred and in good faith have jointly agreed to
9  a continuance to the Case Management Conference to June 16, 2011;
10  WHEREAS, Plaintiff's counsel was advised by the Court's Clerk that the Court is
11  currently available on any Thursday in June 2011 for the Case Management Conference in this matter;
12  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and
13  Defendant, through their respective undersigned counsel, that the Case Management Conference,
14  currently scheduled for April 28, 2011, shall be continued to June 16, 2011, according to the Court's
15  convenience.
16  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and
17  Defendant, through their respective undersigned counsel, that the Parties will file a Joint Case
18  Management Conference Statement no later than seven days prior to the new date set for the Case
19  Management Conference.
20  IT IS SO STIPULATED.
21  DATED:  April 22, 2011                         LAW OFFICES OF PETER M. HART
22
23
24                                                 By:  _____/s/_____
                                                        Peter M. Hart
25                                                 Attorney for Plaintiff, LISA BRABOY
26
27
28

DATED: April 22, 2011                LITTLER MENDELSON, A Professional Corporation


By:  _____/s/_____
Rod M. Fliegel
Ryan P. Eskin
Attorneys for Defendant STAPLES CONTRACT AND COMMERCIAL, INC.

**][PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**

The Parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The Case Management Conference is continued to June 16, 2011 (~~or June __, 2011~~), or as soon thereafter as a court date is available, at 2:00 p.m.


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date:   4/26/11                                   _____
                                                  The Honorable Phyllis J. Hamilton
                                                  Judge of the United States District Court