PETER M. HART (STATE BAR NO. 198691)
hartpeter@msn.com
KIMBERLY WESTMORELAND (SBN 237919)
kwestmoreland.loph@gmail.com
LAW OFFICES OF PETER M. HART
12121 Wilshire Boulevard, Suite 205
Los Angeles, California 90025
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

ERIC HONIG (STATE BAR NO. 140765)
erichonig@aol.com
LAW OFFICE OF ERIC HONIG
P.O. Box 10327
Marina Del Rey, California 90295
Telephone: (310)314-2603
Facsimile: (310)314-2793

Attorneys for Plaintiff Lisa Braboy
*Additional counsel listed on the next page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA BRABOY, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STAPLES, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C09-04534-PJH (BZ)<br><br>Assigned For All Purposes To The Hon. Phyllis J. Hamilton (Courtroom 3)<br><br>**JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:     June 16, 2011<br>Time:     2:00 p.m.<br>Court:    3, 3rd Floor<br>Judge:    Hon. Phyllis J. Hamilton<br><br>Action Filed:  November 25, 2008<br>Action Removed:  August 29, 2009 |

1 | KENNETH H. YOON (STATE BAR NO. 198443)
kyoon@yoon-law.com
2 | LINDA WHITEHEAD (STATE BAR NO. 222799)
lwhitehead@yoon-law.com
3 | LAW OFFICES OF KENNETH H. YOON
One Wilshire Boulevard, Suite 2200
4 | Los Angeles, California 90017
Telephone: (213)612-0988
5 | Facsimile: (213)947-1211

6 | LARRY W. LEE (STATE BAR NO. 228175)
lwlee@diversity-law.com
7 | DIVERSITY LAW GROUP, A Professional Corporation
444 S. Flower Street, Suite 1370
8 | Los Angeles, California 90071
Telephone: (213) 488-6555
9 | Facsimile: (213) 488-6554

10 | *Additional Attorneys for Plaintiff Lisa Braboy

11 |

ROD M. FLIEGEL, Bar No. 168289
12 | E-mail: rfliegel@littler.com
ANGELA J. RAFOTH, Bar No. 241966
13 | E-mail: arafoth@littler.com
LITTLER MENDELSON
14 | A Professional Corporation
650 California Street, 20th Floor
15 | San Francisco, CA  94108.2693
Telephone:     415.433.1940
16 | Fax No.:        415.399.8490

17 | ELIZABETH STAGGS WILSON, Bar No. 183160
E-mail: estaggs-wilson@littler.com
18 | RYAN P. ESKIN, Bar No. 205413
E-mail: reskin@littler.com
19 | LITTLER MENDELSON
A Professional Corporation
20 | 2049 Century Park East
5th Floor
21 | Los Angeles, CA  90067.3107
Telephone:     310.553.0308
22 | Facsimile:      310.553.5583

23 | Attorneys for Defendant
STAPLES CONTRACT AND COMMERCIAL, INC.
24 |

25 |

26 |

27 |

28 |

2
JOINT STIPULATION RE: CONTINUING CASE MANAGEMENT CONFERENCE  (CASE NO. C09-4534 PJH (BZ))

Pursuant to Civil Local Rules 7-12 and 16-2, it is hereby stipulated, by and between LISA BRABOY ("Plaintiff") and STAPLES CONTRACT AND COMMERCIAL, INC. ("Defendant") (collectively the "Parties"), through their respective undersigned counsel, as follows:

WHEREAS, a Case Management Conference in the above-captioned case is currently scheduled for June 16, 2011;

WHEREAS, the Parties are presently engaged in settlement discussions and have agreed in principle to the relevant terms;

WHEREAS, the Parties have met and conferred and in good faith have jointly agreed that a 14-day continuance of the Case Management Conference will allow the Parties time to finalize the terms of the settlement;

WHEREAS, the Parties have met and conferred and in good faith have jointly agreed to a brief continuance to the Case Management Conference to June 30, 2011, or any date that is convenient for the Court;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that the Case Management Conference, currently scheduled for June 16, 2011, shall be continued to June 30, 2011, or any date in August according to the Court's convenience.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that the Parties will file a Joint Case Management Conference Statement no later than seven days prior to the new date set for the Case Management Conference.

IT IS SO STIPULATED.

DATED: June 8, 2011                            LAW OFFICES OF PETER M. HART

                                               By: _____/s/_____
                                                    Peter M. Hart
                                               Attorney for Plaintiff, LISA BRABOY

| | |
|---|---|
| DATED: June 8, 2011 | LITTLER MENDELSON, A Professional Corporation |
| | By: _____/s/_____<br>Rod M. Fliegel<br>Ryan P. Eskin<br>Attorneys for Defendant STAPLES CONTRACT AND COMMERCIAL, INC. |

**[~~PROPOSED~~] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**

The Parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The Case Management Conference is continued to June 30, 2011 ~~(or _____, 2011)~~, at 2:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 6/9/11

_____
The Honorable Phyllis J. Hamilton
Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*