1 | PETER M. HART (STATE BAR NO. 198691)
hartpeter@msn.com
2 | KIMBERLY WESTMORELAND (SBN 237919)
kwestmoreland.loph@gmail.com
3 | LAW OFFICES OF PETER M. HART
13952 Bora Bora Way, F-320
4 | Marina Del Rey, California 90292
Telephone: (310) 478-5789
5 | Facsimile: (509) 561-6441

6 | ERIC HONIG (STATE BAR NO. 140765)
erichonig@aol.com
7 | LAW OFFICE OF ERIC HONIG
P.O. Box 10327
8 | Marina Del Rey, California 90295
Telephone: (310)314-2603
9 | Facsimile: (310)314-2793

10 | Attorneys for Plaintiff Lisa Braboy
*Additional counsel listed on the next page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA BRABOY, as an individual and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>STAPLES, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>         Defendants. | Case No. C09-4534 PJH (BZ)<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Action Filed:   November 25, 2008<br>Action Removed:   August 29, 2009 |

1

1  KENNETH H. YOON (STATE BAR NO. 198443)
   kyoon@yoon-law.com
2  LINDA WHITEHEAD (STATE BAR NO. 222799)
   lwhitehead@yoon-law.com
3  LAW OFFICES OF KENNETH H. YOON
   One Wilshire Boulevard, Suite 2200
4  Los Angeles, California 90017
   Telephone: (213)612-0988
5  Facsimile: (213)947-1211

6  LARRY W. LEE (STATE BAR NO. 228175)
   lwlee@diversity-law.com
7  DIVERSITY LAW GROUP, A Professional Corporation
   444 S. Flower Street, Suite 1370
8  Los Angeles, California 90071
   Telephone: (213) 488-6555
9  Facsimile: (213) 488-6554

10 *Additional Attorneys for Plaintiff Lisa Braboy

11

   ROD M. FLIEGEL, Bar No. 168289
12 E-mail: rfliegel@littler.com
   LITTLER MENDELSON
13 A Professional Corporation
   650 California Street, 20th Floor
14 San Francisco, CA  94108.2693
   Telephone:    415.433.1940
15 Fax No.:      415.399.8490

16 ELIZABETH STAGGS WILSON, Bar No. 183160
   E-mail: estaggs-wilson@littler.com
17 RYAN P. ESKIN, Bar No. 205413
   E-mail: reskin@littler.com
18 LITTLER MENDELSON
   A Professional Corporation
19 2049 Century Park East
   5th Floor
20 Los Angeles, CA  90067.3107
   Telephone:    310.553.0308
21 Facsimile:    310.553.5583

22 Attorneys for Defendant
   STAPLES CONTRACT AND COMMERCIAL, INC.
23

24

25

26

27

28
                                    2

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant
3   to Fed. R. Civ. P. 41(a)(1)(A)(ii), each side to bear their own costs and attorneys' fees.
4   The Court retains jurisdiction to enforce the settlement.

FOR PLAINTIFF LISA BRABOY:

    Dated:  June 29, 2011    LAW OFFICES OF PETER M. HART

        By:_____\s_____
           Peter M. Hart, Esq.

    Dated:  June 29, 2011    LAW OFFICE OF ERIC HONIG

        By:_____\s_____
           Eric Honig, Esq.

    Dated:  June 29, 2011    LAW OFFICES OF KENNETH YOON

        By:_____\s_____
           Kenneth Yoon, Esq.
           Linda Whitehead, Esq.

    Dated:  June 29, 2011    DIVERSITY LAW GROUP, P.C.

        By:_____\s_____
           Larry Lee, Esq.

FOR DEFENDANT STAPLES CONTRACT AND COMMERCIAL:

    Dated:  June 29, 2011    LITTLER MENDELSON, P.C.

        By:_____\s_____
           Rod M. Fliegel, Esq.
           Elizabeth Staggs Wilson, Esq.
           Ryan Eskin, Esq.

**IT IS SO ORDERED.**

DATED: 6/30/11                _____
                                              THE HON. PHYLLIS J. HAMILTON
                                              United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*